ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DEBORAH E. YIM
Assistant United States Attorney
California State Bar #217400
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2447
    Facsimile:  (213) 894-7819
    E-mail: deborah.yim@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

FILED: 2/3/14

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK E. HAMILTON and CAROLE HAMILTON,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 13-409 GHK (MANx)<br><br>Assigned to the Honorable<br>George H. King<br><br>**(~~PROPOSED~~) ORDER DISMISSING ACTION WITH PREJUDICE** |

1    The parties having filed a Stipulation for Compromise Settlement and
2 Dismissal, IT IS HEREBY ORDERED:

3    1.    Plaintiffs' action is dismissed with prejudice in its entirety; and

4    2.    Each party shall bear their own costs of suit and fees.

6 DATED:   2/2/14

_____
The Honorable George H. King
United States District Judge